USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3-3-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Greisson Francisco Martinez Peguero,
           Plaintiff(s),

-against-

United States of America,
           Defendant(s).
------------------------------------x

16 CIV. 4850 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Counsel shall confer and inform Judge Preska by letter no later than March 9, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

*Loretta A. Preska*

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: March 2, 2020

New York, New York