UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREISSON MARTINEZ PEGUERO,

               Petitioner,

-against-

UNITED STATES OF AMERICA,

               Respondent.

16 Civ. 4850 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    In light of the Supreme Court's holding in Beckles v. United States that Johnson's vagueness analysis not apply to the advisory Guidelines, 137 S. Ct. 886 (2017), Petitioner Greisson Martinez Peguero's pending motion under 28 U.S.C. Section 2255 (dkt. no. 1) is administratively terminated.  The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

**SO ORDERED.**

Dated:    New York, New York
           September 29, 2020

                                  _____
                                  LORETTA A. PRESKA
                                  Senior United States District Judge